DANIEL K. COX *v.* ELIZABETH AIKEN ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 86 Conn. App. 587 (AC 25102), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's denial of the defendants' motion to dismiss?"

The Supreme Court docket number is SC 17399.

*Thomas P. Clifford III*, assistant attorney general, in support of the petition.

Decided March 23, 2005

SARAH ZIRINSKY *v.* BRUCE ZIRINSKY

The plaintiff's petition for certification for appeal from the Appellate Court, 87 Conn. App. 257 (AC 23558/ AC 24289), is denied.

*Mark R. Soboslai*, in support of the petition.

*Eric R. Posmantier*, in opposition.

Decided March 23, 2005